AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Title 8, United States Code section 1326
Illegal Re-Entry by a Previously Deported Alien

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
20 Years Imprisonment, 3 Years Supervised Release
$250,000 Fine
$100 Special Assessment

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Immigration & Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

CR07-70708 BZ

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Owen Martikan

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEC 21 AM 9: 18

DEFENDANT - U.S.

▶ ANTONIO ROJAS-BAZART

DISTRICT COURT NUMBER

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )    Criminal No.:
                                     )
12        Plaintiff,                 )
                                     )
13                                   )    VIOLATION: 8 U.S.C. § 1326 -- Illegal **WHA**
          v.                         )    Reentry Following Deportation
14                                   )
                                     )
15                                   )
    ANTONIO ROJAS-BAZAN,             )    SAN FRANCISCO VENUE
16                                   )
                                     )
17        Defendant.                 )
                                     )
18  _____

19

20                        I N F O R M A T I O N

21  The United States Attorney charges:

22        On or about August 13, 2003, December 17, 2004, and September 27, 2006, the

23  defendant,

24                        ANTONIO ROJAS-BAZAN,

25  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

26  November 19, 2007, was found in the Northern District of California, the Attorney General of

27  the United States and the Secretary for Homeland Security not having expressly consented to a

28  //


    INFORMATION

1   re-application by the defendant for admission into the United States, in violation of Title 8,

2   United States Code, Section 1326.

3

4   DATED:   _____

5

6

7

8

9

10

(Approved as to form: _____ )
                        OWEN P. MARTIKAN
                        Assistant United States Attorney

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Division

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                                    2